EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To:<br><br>☐ FEPA<br>☒ EEOC | Agency(ies) Charge No(s):<br><br>524-2020-00587 |
|---|---|---|

| NEW JERSEY DIVISION ON CIVIL RIGHTS | and EEOC |
|---|---|
| *State or local Agency, if any* | |

| Name *(indicate Mr., Ms., Mrs.)*<br>GELAYE  BELAINEH | Home Phone<br>(201) 913-8172 | Year of Birth<br>1968 |
|---|---|---|

| Street Address<br>57 FITZRANDOLPH ROAD,  WEST, NJ 07052 | City, State and ZIP Code | |
|---|---|---|

Named is the Employer, Labor Organization, Employment Agency, Apprenticeship Committee, or State or Local Government Agency That I Believe Discriminated Against Me or Others. (*If more than two, list under PARTICULARS below.*)

| Name<br>BECTON DICKINSON, CORPROATION | No. Employees, Members<br>Unknown | Phone No.<br>(201) 847-5272 |
|---|---|---|

| Street Address<br>1 BECTON DRIVE,  FRANKLIN LKS,  NJ 07417 | City, State and ZIP Code | |
|---|---|---|

| Name | No. Employees, Members | Phone No. |
|---|---|---|

| Street Address | City, State and ZIP Code | |
|---|---|---|

| DISCRIMINATION BASED ON *(Check appropriate box(es).)*<br><br>☒ RACE   ☐ COLOR   ☐ SEX   ☐ RELIGION   ☒ NATIONAL ORIGIN<br>☒ RETALIATION   ☐ AGE   ☐ DISABILITY   ☐ GENETIC INFORMATION<br>☐ OTHER *(Specify)* | DATE(S) DISCRIMINATION TOOK PLACE<br>Earliest            Latest<br>03-12-2018      07-11-2019<br><br>☐ CONTINUING ACTION |
|---|---|

THE PARTICULARS ARE *(If additional paper is needed, attach extra sheet(s)):*

I allege Respondent subjected me to age (52), color (Black), national origin (Ethiopian) and race (Black) discrimination, in violation of the Age Discrimination in Employment Act of 1967, as amended and Title VII of the Civil Rights Act of 1964, as amended.  I further allege Respondent retaliated against me for engaging in a protected activity.

I was employed with Respondent for 18 years.  During my employment I was promoted several times and the last position I worked in was Manager of Export Compliance.  Respondents management began to monitor, securitize and discipline me for performance reasons, which led to a performance improvement plan (PIP).

As a Manager of Export Compliance, I was similarly situated to Level 4 Managers.
I further allege that Respondent treated similarly situated younger, White, Asian Level 4 Managers more favorable, regarding performance and they did not suffer any adverse employment actions.  The below employees were treated more favorable and they include Level 4 Managers, as follows:

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief.<br>SIGNATURE OF COMPLAINANT |
| **Digitally signed by Gelaye Belaineh on 01-21-2020 12:19 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE *(month, day, year)* |

EEOC Form 5 (11/09)

| CHARGE OF DISCRIMINATION<br><br>This form is affected by the Privacy Act of 1974. See enclosed Privacy Act Statement and other information before completing this form. | Charge Presented To: | Agency(ies) Charge No(s): |
|---|---|---|
| | ☐ FEPA | |
| | ☒ EEOC | 524-2020-00587 |
| NEW JERSEY DIVISION ON CIVIL RIGHTS | | and EEOC |
| *State or local Agency, if any* | | |

1.  Mathew McCambridge (White/Asian, mid 30s),
2.  Catherine Weeks (White, 40s/50s),
3.  Juliana Cozza (White/Puerto Rican, mid 50s),
4.  Barbara Frias (White/Mexican, early 40s),
5.  Eric Pozarcyki (White, late 40s/early 50s)
6.  Maria Ko (White/Asian, 40s)
7.  Petty Fang (White/Asian, mid 50s)
8.  Jacqueline Semarco (White, late 30s)
9.  Joseph Haury (White, early 40s)
10. Alix Torres (White/Colombian, late 30s/early 40s)
11. Stephen Recca (White, late 30s/eariy 40s) and
12. Mark Throuburg, (White, 40s/50s),
13. Alan Titzman, (White, 40s/50s),
14. Thomas Valente (White, 40s/50s),
15.  Michael Rourke (White, 40s/50s),
16.  Maida Napolitano, (White/Filipino, 40s/50s),
17.  Travis Brown (White, 40s/50s),
18. Charles Brigman (White, 40s/50s),
19. Brian Haines, (White, 40s/50s),
20. William Fox, (White, 40s/50s),
21. Brian Day (White, late 30s),
22. Dominic Gasparro (White, mid 50s),

I further I allege Respondent subjected me to retaliation, which includes but is not limited discharging while on a PIP, on July 11, 2019.

| I want this charge filed with both the EEOC and the State or local Agency, if any. I will advise the agencies if I change my address or phone number and I will cooperate fully with them in the processing of my charge in accordance with their procedures. | NOTARY – *When necessary for State and Local Agency Requirements* |
|---|---|
| I declare under penalty of perjury that the above is true and correct. | I swear or affirm that I have read the above charge and that it is true to the best of my knowledge, information and belief. SIGNATURE OF COMPLAINANT |
| **Digitally signed by Gelaye Belaineh on 01-21-2020 12:19 PM EST** | SUBSCRIBED AND SWORN TO BEFORE ME THIS DATE (*month, day, year*) |

 **BD**

7/11/2019

Memo to:    Gelaye Belaineh

From:    Jill Mares

CC:    Tracy Barry
       HR File

Subject:    Performance Improvement Plan Summary


This memo addresses your performance under the Performance Improvement Plan that began on a 5/15/2019 and ending on 7/14/2019.

The Plan outlined several areas for improvement, including lack of accountability and execution of the Certified Cargo Screening Facility ("CCSF") project, failure to follow through on specific requests from management, and unclear or unresponsive verbal and written communications.

The following is a list of the deliverables that were assigned to you under the PIP, and a summary of your performance against each deliverable:

- Update the CCSF business case to include your determination of which cost centers will be impacted by potential cost savings resulting from the reduction of cargo screening costs out of Covington, Four Oaks, Redlands, and Plainfield. Provide to Joe Haury by May 10th ·Schedule and provide weekly in person updates with Joe Haury on the status of the CCSF project to include project schedule, approval status, stakeholder support, CCSF progress by site, and any other pertinent project topics beginning the week of May 13th. **Status:  Not met.  You failed to prepare the business case in a timely, complete, or accurate manner, necessitating significant rework and revision by Joe Haury.**

- If approved as a formal project following the feasibility study in May, lead the CCSF project as the SME and project lead.  You are expected to take control of the schedule, budget, deliverables and other relevant project related tasks. **Status: not applicable as business case has not been approved.**

- Finalize your 2019 goal agreement with SMART elements identified for each IIG by May 10th. **Status: Not met. After multiple email exchanges and face to face discussions since March 2019, you still have not finalized your goals in Workday.**

- Provide your audit plan recommendations EEI transactions, including Bard export transactions by May 24th. **Status: Not met. You have not provided any audit plan recommendations, despite multiple requests and discussions since April 2019.**

- Complete your review and update of the Global Trade and Law documents identified as part of the export audit by May 30th. **Status: Not met. The only GT document that you have revised is GT 095, which you provided to me on July 3.**

- Review Bard export transactions in ACE for FY2018 and FY19 Q1 and Q2. Provide written summary of findings, to include export data/metrics, utilizing export summary template by June 3rd. **Status: Not met. No written summary of findings provided, despite numerous requests in our weekly meetings.**

- Document Bard's export processes for each US location. Provide written report of findings to include process gaps/inefficiencies, compliance risks and recommendations by June 20th. **Status: Not met. During our PIP meeting on 7/3, you stated that Bard is out of compliance, but you have not provided any written findings or documentation, nor any recommendations to ensure compliance.**

Additionally, you failed to timely communicate to me or to any of the other GL&T leaders that there was a TSA inspection and audit failure at one of the CCSF sites. You learned of that fact in April and did not notify me until May 14th during our team staff meeting. Since you are the subject matter expert for TSA compliance, I inquired whether you had conducted any internal audits at the site. You stated that you performed TSA audits at the CCSF locations, but did not provide any documentation of such efforts.

Based on the above, you have not improved your performance to a satisfactory level or met the requirements of your PIP. Accordingly, we have made the decision to terminate your employment with BD, effective 7/11/2019. You will receive two weeks' base salary/pay in lieu of notice and paid through 7/28/19.

A letter explaining the status of your benefits will be sent to you under separate cover.

March 13,2020

RE:    **Gelaye Belaineh – and – BD**

This letter is in reply to Performance Improvement Plan (PIP) summary from BD on July 11, 2019.  Below, please see my responses to each of the statements that were outlined in the PIP.

**First of all, I do consider the 2017 TSA-related issues and (my) termination in July 2019 to be related.**  It is true that I was on leave of absence at that time.  However, the corrective actions that I recommended during 1QTC (CareFusion/BD integration) Root Cause Analysis were on continuous review during that time. It is now absolutely clear that the findings and corrective actions listed below were **not** accepted:

> ➤  BD/CareFusion/FedEx follow CCSF program in compliance with the regulation or exit/suspend program
> ➤  BD/ CareFusion Global Trade/Transportation, Law Documents need alignment

It is my opinion that, due to my race, ethnicity and nationality, my suggestions and recommendations were devalued and disregarded.

The above-mitigated actions are currently being used by Regulatory Affairs, Quality Assurance, Global Security, and Global Logistics & Trade with no credit to me.  Therefore, the notion that there is no connection between TSA –related practices and my termination is entirely unsupported by facts.  Since BD acquired CareFusion, my new manager, Jill Mares, has chosen to focus on my weaknesses, devaluing and disregarding my recommendations.

**Secondly, in 2018, BD allowed me to return to work with accommodations**.  I was assigned to the CCSF project (BD/CareFusion/FedEx) reporting to Joseph Haury and Mares.  Upon my returning to work, the mental, psychological, and verbal abuse I sustained continued.   My department leaders excluded me from QBRs, internal/external trainings, team building activities, and travel to CR Bard, CareFusion, and FedEx facilities to conduct a complete audit and present my analysis. Although I reached out to HR/Ethics, no one helped me or provided support.  My continued recommendations to BD that we needed full corporation from Andrew Amor and Alex Conroy to successfully execute the CCSF program fell on deaf ears.

**Regarding my so-called lack of responsiveness**, my managers, Mares and Haury, as well as upper management (i.e., Andrew Amore, Alex Conroy) were instructed to limit/ avoid communicating with me in person on any compliance matter related to trade matter: FDA, FTA, CCSF, Export, Country of Origin. I have saved voice mail available to prove this. There were multiple offline discussions as well.

**As far as my "failure to meet expectations,"** I provided many sound recommendations.  If a task was not completed, I opened a ticket or escalated the matter to the appropriate business unit.  I noted that there was no accountability to resolve the following issues:

- Finance irregularities: BD Finance unable to determine the G/L Code for example (1027-BDI)
- Reviewed rate cards with Carriers/GLPs for historical actual accessorial charges

- GT-004 supplier management needs alignment with BD Corporate policy for suppliers (CPR-002)
- GL&T or Procurement team has no standardize metric for Carriers
- Carriers are not consistent with ISS/Screening fees
- Cass shows minimal ISS/Screening fees

**I encountered the following problems and issues with both of my managers, Mares and Haury:**

- Delay receiving data from stakeholders
- GTS/ACE data cleansing inaccuracies
- GTS Bot automation issues – review IM Tickets
- GT /Law documents and CPOs
- Many questions and justifications due to Mares' lack of IT system related issues/practices
- Many questions and justifications due to Haury's lack of CCSF/TSA related issues/practices
- Requirements for me to present the same information in three formats:
    o Excel spreadsheet to Amore
    o Word document to Mares
    o PPT with imbedded excel data sheet to Haury


My newly assigned manager, Haury, used his army tactics during our meetings to humiliate, belittle and chastise me.  Some of the meetings were so intense that I had to take a bathroom break in order to avoid a mental breakdown.  Any request I made for resources or outside counsel review never received my manager's approval.  However, European National Origin Trade Compliance Leaders were able to receive quick approval from Mares and Amore when they requested outside counsel review,

The notion that I did not meet the expectations of my roles is a blatant misrepresentation of the facts.  Despite my two managers' lack of knowledge, inadequacies, humiliation of me, limiting my resources, barring me from traveling, and excluding me from team activities, I executed my tasks and performance improvement plan (PIP) to the best of my ability per trade regulations.  (Note: all European National Origin Trade Compliance Leaders were included in QBRs, trainings, travel, and external resource requests were approved on time.)

**Furthermore, I vehemently dispute the allegations that I did not meet the PIP tasks that I was given.  All of my Performance Improvement Plan (PIP)tasks were completed,** with details provided to Haury and Mares, as noted below:

➢ **1** Completed feasibility study (Covington, Redlands, Four Oaks, Plainfield) revealed CCSF project was concluded by BD in 2018. BD Leadership (Amore and Gail Ciccione) have completed budget that was submitted and approved for FY'19-FY'20.

➢ **2** Provided weekly schedule of in person/online meetings and provided updates to stakeholders on the following dates:  April 12, April 16, April, 24, April 25, April 30, May 3, May 7, May 8, May 13, May 14, May 16, May 17, May 28, May 30, June 4, June 18, June 20, June 22, June 24, June 25, June 27, July 3, July 8 and July 11

➢ **3** Provided updated project schedule with milestones: April 12, April 16, April, 24, April 25, April 30, May 3, May 7, May 8, May 13, May 14, May 16, May 17, May 28, May 30

➢ **4** Finalizing 2019 IIGs with SMART elements identified not complete due to the following:

- o Controlling the budget for CCSF issue --no agreement between NASSC, GL&T
- o GL&T or Procurement team has no standardize metric for Carriers
- o Carriers are not consistent with ISS/Screening fees
- o Cass shows minimal ISS/Screening fees
- o CCSF full 100 audit in progress. BD Bioscience San Diego, San Jose and BD Diagnostics Sparks (ROI analysis high compliance administrative burden vs low return on BD investment)
- o Regulatory Affairs request on X-Ray systems information to determine effects of radiation on BDDs and BDB products during ISS/TSA screening
- o Rate cards with Carriers/GLPs for historical actual accessorial charges discrepancy
- o QA/Finance/Procurement need to agree and align GT-004 supplier management with BD Corporate policy for suppliers (CPR-002)
- o Opened IM Ticket with HR and IT Team
- o Provided updated project schedule with milestones: April 12, April 16, April, 24, April 25, April 30, May 3, May 7, May 8, May 17
- o FDA/TAA country of manufacturing GT- FDA document
- o Export Pricing Procedure – CPR/CPO – document

➢ 5 : Audit Plan EEI recommendations provided May 22.
  - o 10% audit for each Tax ID Q1, Q2
  - o If more than 3% error found then a 100% audit will be performed
  - o Review BD finance CPR/CPO to confirm recommendation
  - o Share best practice/recommendation of Manhattan Consulting firm performed during my leave of absence

**Reviews of Bard Export Process,** the representative sampling Electronic Export Information (EEI) transaction for CR Bard (Sandy, UT; Covington, GA; San Juan, PR). Findings:

- o Unable to confirm completed transaction compliance screening (including results, date and person screening)
- o No documentation for product license matrix
- o No written procedures for processing off-line, R&D, sample shipments
- o Reviewing the training program – No written work process. Interviewed team from site confirmed it is knowledge transfer sessions and on the job training.
- o Analyzing sample transactions Q1 and Q2 EEI review of (ITNs : CN, AU, MY and MX)
- o Country of Origin is hard coded as USA filed as D=Domestic for export customs
- o Issues with FTA/TAA and Certificate of Origin for receiving countries
- o Export Commodity Control Number (ECCN) is hard coded as EAR99 - NLR- the material master lists identify the correct export commodity control numbers for biologics, chemicals, electronics, instruments, etc.
- o HTS Code is hard coded – 9018.39.XXXX
- o Haz-Mat is hard coded – Not Haz-Mat
- o Routed Export/Non Routed - Hard coded to show Routed
- o Related Party – Hard coded to show yes
- o Ultimate Consignee Type: Unknown
- o FDA affirmation Code missing -

Belaineh/March 13, 2020/Page 4

**Short term recommendations:** CR Bard has access to Calvin Kim's (Export Compliance Supervisor) file review master data and business partner compliance file. Leverage current Import Report from Qi Gong and assign correct Country of Origin, Haz-Mat indicator, HTS and Related Party, Incoterms on the Shipper Letter of Instructions

**Long term recommendations:** Send the Material Master report to GL&T as external file and let the GTS system assign and maintain the appropriate HTS, ECCN etc. Similar to the current external file for screening business partners.
I reviewed the CR Bard hard coded system gaps with Michelle Sission and Sally Thorsen
Also gap assessment review with GL&T: Mares, Matthew Mccambridge, Jacqueline Sammarco

**Review of Bard Export Process** (Salt Lake City UT, San Juan, PR, Covington GA)
Findings:
- Unable to confirm completed transaction compliance screening (including results, date and person screening)
- No SOP documentation for export process product license matrix
- No written procedures for processing off-line, R&D, sample shipments
- Reviewing the training program – No written work process. Interviewed team from site confirmed it is knowledge transfer sessions and on the job training.
- Country of Origin is hard coded as USA filed as D=Domestic for export customs
- Issue with FTA/TAA and Certificate of Origin issues for receiving countries

**Short term recommendations:** CR Bard has access to Calvin Kim's (Export Compliance Supervisor) file review master data and business partner compliance file. Leverage current Import Report from Qi Gong and assign correct Country of Origin, Haz-Mat indicator, HTS and Related Party, Incoterms to assign on the Shipper Letter of Instructions

**Long term recommendations:** Send the Material Master report to GL&T as external file and let the GTS system to assign and maintain the appropriate HTS, ECCN etc. Similar to the current external file for screening business partners

➢ **6: Completed review of 12- Global Trade and 10 - Law Documents** with Sission, Sally Thorsen, Mares. Conducted Gap assessment review with GL&T: Mares, Mccambridge, Sammarco. All records were provided to Mares and Catherine Weeks in person.

   o **Open issue - GT document FDA/ FTA country Origin /FDA Affirmation Code:** Mares, Weeks, CareFusion/ BD regulatory affairs, Quality assurance and procurement issue not resolved to update the FDA, Country of Origin and manufacture code identification process. I have requested that Catherine Weeks open IM ticket to trace this process (CareFusion / BD Global Trade System need alignment with GT Document

Belaineh/March 13, 2020/Page 5

- o Sission and Mark Yale have updated list with comments.  I agreed with their recommendations if GT documents call out other functional groups to align GT documents with Corporate Policies/Procedures (CPOs)
- o Missing and new documents required identified example:  DOT/Haz-Mat procedure, customer shipment processing,  document retention etc.
- o Law document are owned and drafted by law group. I advised Mares to work with law group. Mares did not approve this recommendation.
- o CR Bard/BD, CareFusion Regulatory Affairs, Quality Assurance, Global Logistics Trade need to agree the repository for documents SAP system vs intranet

- o https://news.law/carefusion-to-pay-3-3m-for-selling-unapproved-medical-devices/



**Review of Bard Export Process** (Franklin Lakes, NJ, Salt Lake City UT, San Juan, PR, Covington GA)

- ▪ Reviewed:  ACE EEI reports review (Barbara Frais/Renee Weisebeker, Lee Bryant, Matthew Porter)
- ▪ Findings:
  - ● Bard/BD Franklin Lakes, NJ has draft export process SOPs not approved
    - o Bard Sault Lake City UT, San Juan, PR, Covington GA waiting on SOP approved process from BD Franklin Lakes
  - ● Reviewing the training program – No written work process. Interviewed team from site confirmed it is knowledge transfer sessions and on the job training

- Corrective actions: Gaps reviewed with Sission and Thorsen, Barbara Frais/Renee Weisebeker (5 SOP process reviewed). Gap assessment review with GL&T:  Mares, Mccambridge, Sammarco

## Analysis of cost report, identification and providing cost centers for CCSF project as follows:

- ➢ Met with Covington Finance team and provided face-to-face update to Haury and Mares on April 8, 2019
- ➢ Covington CR Bard Facility finance: Joseph Arispurto,  Kurt Everdepoel, Lori Dick confirmed the following:
  - o NASSC and BD Finance (Tim Harding, Dan Ducan)
    - GL code for Covington: China KN (302.1584.01)
    - GL code for Covington: Australia KN (340810000.5504.008 and 009)
    - GL code for Covington: Argentina KN (14085017.6312)
    - GL code for Covington: Olen, France and Germany (Per Ceridwen TBD)
    - GL Code for Colombia and Brazil: (Per Tatiana and Lori - TBD)
- ➢ Cost centers:  CR Bard (Voice message BD 6)
- ➢ Cost centers:  BD shared (BD Medical; BD Life Sciences, BD International)
- ➢ Reviewed:  Airlifting Report GLP (Global Logistics Providers)
- ➢ Findings:  BD Finance unable to determine the G/L Code example (1027-BDI)
- ➢ Corrective actions:
  - o Review rate cards with Carriers/GLPs for historical actual accessorial charges
  - o Align GT-004 supplier management with BD Corporate policy for suppliers (CPR-002)
  - o Use historical airlifting/CASS freight in/out BD shared account to determine cost centers
  - o Cost Centers CR Bard: (Voice Message New Recording May 13, 2019)
  - o Implementing full CR Covington (Voice Message Work 6 – Jackie and Matt)

In conclusion, I have completed my assigned tasks to the best of my abilities with the limited resources provided.  Despite the psychological abuses and leadership exclusions, I was willing to learn and grow, always working hard to mitigate compliance risks and contribute towards the success of BD advancing Global Health. I have saved messages, as noted above, to prove my points. **I am willing to pursue my case to the full extent of the law until I get the justice which I rightfully deserve.**

Sincerely,

Gelaye Belaineh